Kathryn Tassinari, OSB# 80115
Robert A. Baron, OSB# 89020
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASH SMITH, | Civil No. 04-6234-AA |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ORDER FOR PAYMENT OF ATTORNEY'S FEES PURSUANT TO EAJA |
| Defendant. | |

After considering the stipulated Motion for entry of an order awarding attorney's fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted in the sum of $4,340.38 as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 23 day of September, 2005.

_____
U.S. District Judge

PRESENTED BY:

By: _____
Kathryn Tassinari, OSB#80115
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA